

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 397TH JUDICIAL DISTRICT COURT OF GRAYSON COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 28th day of October, 2014, the cause on appeal to revise or reverse the judgment between

CRC INSURANCE SERVICES, INC. D/B/A SOUTHERN CROSS UNDERWRITERS, Appellant

No. 05-14-00405-CV      V.

LAKE TEXOMA HIGHPORT, LLC, Appellee

On Appeal from the 397th Judicial District Court, Grayson County, Texas
Trial Court Cause No. 08-0604-397A.
Opinion delivered by Justice FitzGerald.
Justices Fillmore and Stoddart participating.

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, we **VACATE** the trial court's amended final judgment without regard to the merits. We **RENDER** judgment vacating the Award of Arbitrators and the Modification of Award of Arbitrators (attached as Exhibits "A" and "B" to the Amended Final Judgment), dismissing the cause with prejudice, and ordering each party bear its own costs of this appeal.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 8th day of January, 2015.

_____
LISA MATZ, Clerk